United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 26, 2004**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 03-31190

WILLIAM J. MCAVEY

Plaintiff,

versus

CHEN-HORNG LEE; ET AL

Defendants,

CHEN-HORNG LEE and CHIN-LI LEE

Defendants - Cross Claimants - Appellants,

versus

FIRST FINANCIAL INSURANCE COMPANY,

Defendant - Cross Defendant - Appellee.

Appeal from the United States District Court
For the Eastern District of Louisiana
(No. 96–CV–1192–S)

Before DeMOSS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Chen-Horng Lee and Chin-Li Lee were defendants in a lawsuit for personal injuries suffered by a guest at their New Orleans, Louisiana motel. The district court ruled that an insurance policy the Lees had with First Financial Insurance Company provided coverage, and later directed a verdict in the Lees' favor on the issue of liability. Before this Court ruled on appeal, the Lees settled with the plaintiff and then cross-claimed against First Financial for reimbursement of the settlement sum. The district court granted summary judgment to First Financial, and the Lees appeal. For essentially the reasons given by the district court, we AFFIRM.